Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




## MEMORANDUM OPINION

No. 04-12-00723-CV

**IN RE** David **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed:  November 7, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On October 29, 2012, relator filed a petition for writ of mandamus and an emergency motion for stay. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-16600, styled *David Rodriguez, et al. v. Sylvia Rodriguez, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding. However, relator complains of separate orders signed by the Honorable Janet Littlejohn and the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.